■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PASQUALE TASSONE, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Richmond County, dated March 30, 1959, which denied, without a hearing, his application to vacate a judgment of said court, rendered May 8, 1952, after a jury trial, convicting him of rape in the second degree and imposing sentence. Order affirmed. No opinion. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARIO URSINO, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH TRINETTO, Appellant.— Appeal by each defendant from a judgment of the County Court, Kings County, rendered March 15, 1962 after a nonjury trial, convicting him of attempted grand larceny in the first degree, and imposing sentence. Judgment as to each defendant affirmed. No opinion. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.